**Stressla Lynn JOHNSON, Petitioner–Appellant,**

v.

**Joan PALMATEER, Respondent–Appellee.**

No. 00–35456.

D.C. No. CV–99–00333–ALA.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 7, 2001.

Decided May 14, 2001.

Before GOODWIN, GREENBERG,[*] and RAWLINSON, Circuit Judges.

MEMORANDUM [**]

Petitioner Stressla Lynn Johnson ("Johnson") appeals the district court's dismissal of his habeas petition. Johnson's claims were procedurally defaulted based on his failure to file a timely post-conviction petition in state court. The Oregon statute of limitations constituted an independent and adequate state ground precluding habeas review. *See Petrocelli v. Angelone,* 242 F.3d 867, 875 (9th Cir.2001). The 120–day limitations period was properly applied to Johnson's claim. *See* Oregon Post–Conviction Act, § 138.510(4); *Brown v. Baldwin,* 131 Or.App. 356, 885 P.2d 707, 708, n. 1 (1994); *Nichols v. Wilbur,* 256 Or. 418, 473 P.2d 1022 (1970).

AFFIRMED.

---

[*] The Honorable Morton I. Greenberg, Senior Judge of the United States Court of Appeals for the Third Circuit, sitting by designation.

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.